■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. IRWIN, Appellant. [793 NYS2d 783]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered July 29, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted course of sexual conduct against a child in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.